Gerald B. Weiner (State Bar No. 46132)
*gbweiner@pwmusiclaw.com*
PROBSTEIN & WEINER
9696 Culver Blvd., Suite 205
Culver City, CA  90232
Telephone: (310) 836-1400
Facsimile: (310) 836-1420

Attorneys for plaintiff CONAN PROPERTIES INTERNATIONAL, LLC

Lawrence B. Steinberg (State Bar No. 101966)
*LSteinberg@buchalter.com*
Buchalter Nemer
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for defendants ORION BOOKS, LTD. and ORION PUBLISHING GROUP, LTD. LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONAN PROPERTIES INTERNATIONAL, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORION BOOKS, LTD. and ORION PUBLISHING GROUP, LTD.,<br><br>　　　　Defendants. | Case No. CV 09-08372 CAS (FFMx)<br><br>CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE |

/ / /

/ / /

/ / /

/ / /

/ / /

1   Pursuant to the stipulation of the parties, and

2   FOR GOOD CAUSE SHOWN,

3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

4   1.   This Court has jurisdiction over the parties to this Consent Judgment
5   and has jurisdiction over the subject matter hereof pursuant to 28 U.S.C. §§ 1331
6   and 1338(a).

7   2.   Conan Properties International LLC ("CPI") owns rights, title and
8   interest to the following stories protected by United States Copyright registrations:
9   "Black Colossus" (Reg. No. B 211 038; Renewal No. R 269 994), "Phoenix on the
10  Sword" (Reg. No. B 175 731; Renewal No. R 250 145), "Pool of the Black One"
11  (Reg. No. B 211 042; Renewal No. R 269 998), "Rogues in the House" (Reg. No. B
12  246 430; Renewal No. R 270 001), "Scarlet Citadel" (Reg. no. B 175 732; Renewal
13  No. R 250 146), "Slithering Shadow" (Reg. No. B 211 041; Renewal No. R 269
14  997), "Tower of the Elephant" (Reg. No. B 211 035; Renewal No. R 269 991),
15  "Black Stranger" (Reg. No. TX 289-252; Renewal No. RE 96-287), "Cimmeria"
16  (Reg. No. B 247 663; Renewal No. RE 660 353), "Drums of Tombulku" (Reg. No.
17  A 803 390; Renewal No. RE 673 730), "Frost-Giant's Daughter" (Reg. No. TX
18  289-251; Renewal No. RE 96-287), "God in the Bowl" (Reg. No. TX 289 253;
19  Renewal No. RE 60 714), "Hall of the Dead" (Reg. No. B 312 611; Renewal No.
20  RE 673 726), "Hand of Nergal" (Reg. No. A 803 387; Renewal No. RE 697 319),
21  "Snout in the Dark" (Reg. No. A 803 383; Renewal No. RE 824-995), "Vale of
22  Lost Women" (Reg. No. B 345 804; Renewal No. RE 673 166), and "Wolves
23  Beyond the Border" (Reg. No. A 803 388; Renewal No. RE 697-320).

24  3.   Defendants ORION BOOKS, LTD. and ORION PUBLISHING
25  GROUP, LTD. (collectively, "Defendants"), and their agents, servants, employees
26  and all persons in active concert and participation with them who receive actual
27  notice of this Consent Judgment, are hereby permanently restrained and enjoined
28  from selling in and/or importing into the United States any books (including, but

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
PROPOSED CONSENT

[PROPOSED] CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION
AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
2.

not limited to *The Conan Chronicles: Vol. 1, The Conan Chronicles: Vol. 2, The Complete Chronicles of Conan,* and *Conan's Brethren*), containing the Robert E. Howard stories listed in paragraph 2 herein, or any other Robert E. Howard stories which are protected by copyright in the United States held by CPI, its parent Paradox Entertainment, Inc., its affiliates, or their respective successors and assigns, except by license.

4.  Plaintiff CONAN PROPERTIES INTERNATIONAL, LLC and Defendants shall bear their own costs associated with this action.

5.  The Court's entry of this Consent Judgment shall serve to bind and obligate the parties hereto.

6.  The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof.  Except as otherwise provided herein, this action is fully resolved with prejudice.

Dated: May 20, 2010

_____
Hon. Christina A. Snyder
United States District Court Judge

Submitted by:

BUCHALTER NEMER
A Professional Corporation

By _____/s/_____
   Lawrence B. Steinberg
   Attorneys for defendants ORION BOOKS, LTD.
   and ORION PUBLISHING GROUP, LTD. LLC

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES
PROPOSED CONSENT

[PROPOSED] CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION
AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
3.